938

No. 817. DIXON v. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Morton Witkin* for petitioner. *James N. Lafferty* for respondent.

No. 822. MARTIN BROTHERS BOX CO. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. *George L. Quinn, Jr.* and *Donald A. Schafer* for petitioner. *Robert W. Ginnane* and *Samuel R. Howell* for the Interstate Commerce Commission, and *James C. Dezendorf, James E. Lyons* and *Charles W. Burkett, Jr.* for the Southern Pacific Co., respondents.

No. 828. FANNIN, ADMINISTRATRIX, v. JONES, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *Elmer I. Schwartz* for petitioner. *Howard F. Burns* for respondent.

No. 829. BERKIHISER v. JONES, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *Elmer I. Schwartz* for petitioner. *George H. P. Lacey* for respondent.

No. 830. BOYNTON v. PEDRICK, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *Horace M. Gray* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice, Hilbert P. Zarky* and *Grant W. Wiprud* for respondent.

No. 834. FLOYD v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *I. Harvey Levinson* and *Frank J. McAdams, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States.